Barr, Appellant, *v.* Anchorage Inn, Inc.

Argued December 9, 1937.   Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Frank B. Brennan,* with him *John F. Finney,* for appellant.

*Benjamin R. Simons,* of *Syme, Simons & Ziserman,* for appellee.

PER CURIAM, January 3, 1938:
The judgment of nonsuit is affirmed on the opinion of President Judge GORDON.